IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD ROSE,

        Plaintiff,

  v.

CITY OF SAN FRANCISCO, *et al.*,

        Defendants.

    /

No. C 09-1393 SI

**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING COMPLAINT WITH LEAVE TO AMEND**

      Plaintiff Donald Rose has filed a pro se complaint and numerous motions, including a motion to proceed *in forma pauperis*. Plaintiff alleges that he is "essentially homeless." Plaintiff has sued Mayor Newsom; Joyce Crum, Director of Homeless Services for San Francisco; the St. Vincent de Paul Society and its president and board of directors; and Lessy Benedith, the Director of MSC-South Homeless Shelter. Plaintiff alleges that he has been "the continued victim of Ritual Harassment and Torture for a period of over 9 years, at his Residences. This pattern of assaultive behavior, and use of high tech and conventional methods has followed Plaintiff, to the MSC-South Homeless shelter. The Defendants are deploying and directing Torture at the plaintiff." Compl. at 6.

      Title 28 U.S.C. § 1915(e)(2) authorizes federal courts to dismiss a complaint filed *in forma pauperis* if the Court determines that the complaint fails to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). Here, the Court cannot determine the factual or legal bases for plaintiff's claims. Accordingly, plaintiff's complaint is DISMISSED WITH LEAVE TO AMEND pursuant to Section 1915(e)(2). *See Lopez v. Smith*, 203 F.3d 1122, 1128 (9th Cir. 2000). Plaintiff's application to proceed *in forma pauperis* is GRANTED. (Docket Nos. 3 &12).

      If plaintiff wishes to file an amended complaint, the complaint shall (1) state the basis for federal

jurisdiction; (2) specifically identify the claims that plaintiff is asserting (for example, if plaintiff is suing under a federal or state statute, the complaint shall identify that statute); (3) state, as clearly as possible, the facts giving rise to the complaint, including the dates upon which the events occurred; and (4) state the relief that plaintiff seeks.  **Any amended complaint must be filed by April 17, 2009.**

The Court GRANTS plaintiff's motion to proceed *pro se* and plaintiff's motion to accept his filings, and DENIES all other pending motions.  (Docket Nos. 5-10, 13).

**IT IS SO ORDERED.**

Dated: April 2, 2009

SUSAN ILLSTON
United States District Judge