IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD ROSE,

       Plaintiff,

  v.

CITY OF SAN FRANCISCO, *et al.*,

       Defendants.

           No. C 09-1393 SI

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT**

By order filed April 2, 2009, the Court granted plaintiff's application to proceed *in forma pauperis* and dismissed the complaint with leave to amend. Plaintiff requests an extension of time to file an amended complaint. The Court GRANTS plaintiff's request, and directs that any amended complaint must be filed no later than **May 18, 2009**. (Docket No. 15).

**IT IS SO ORDERED.**

Dated: April 20, 2009

                                     SUSAN ILLSTON
                                     United States District Judge