IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD ROSE,

        Plaintiff,

  v.

CITY OF SAN FRANCISCO, *et al.*,

        Defendants.

        /

No. C 09-1393 SI

**ORDER DISMISSING AMENDED COMPLAINT WITHOUT LEAVE TO AMEND**

      By order filed April 2, 2009, the Court granted plaintiff's motion to proceed *in forma pauperis*, and dismissed the complaint with leave to amend. The original complaint was filed against Mayor Newsom, Joyce Crum (Director of Homeless Services for San Francisco), the St. Vincent de Paul Society and its president and board of directors, and Lessy Benedith (the Director of MSC-South Homeless Shelter), and alleged that plaintiff had been "the continued victim of Ritual Harassment and Torture for a period of over 9 years, at his Residences." The Court dismissed the complaint for failure to state a claim, and instructed that "If plaintiff wishes to file an amended complaint, the complaint shall (1) state the basis for federal jurisdiction; (2) specifically identify the claims that plaintiff is asserting (for example, if plaintiff is suing under a federal or state statute, the complaint shall identify that statute); (3) state, as clearly as possible, the facts giving rise to the complaint, including the dates upon which the events occurred; and (4) state the relief that plaintiff seeks." Order at 1-2.

      On May 15, 2009, plaintiff filed an amended complaint against the same defendants. The amended complaint is 59 pages, and contains what appears to be a narrative about plaintiff's life. The amended complaint does not specifically identify the claims that plaintiff is asserting, and the Court is unable to determine the factual or legal bases of plaintiff's claims. The Court finds that leave to amend

1  would be futile.  Accordingly, the Court DISMISSES the amended complaint WITHOUT LEAVE TO
2  AMEND.  *See* 28 U.S.C. § 1915(e)(2); *Lopez v. Smith*, 203 F.3d 1122, 1128 (9th Cir. 2000).
3  **IT IS SO ORDERED.**

5  Dated: July 17, 2009

SUSAN ILLSTON
United States District Judge