IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROSE, | No. C 09-1393 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF SAN FRANCISCO, *et al.*, | |
| Defendants. / | |

This complaint is dismissed without leave to amend and the action is dismissed. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 17, 2009

SUSAN ILLSTON
United States District Judge